IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5: 16-CR-203-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DIJON DEVAR WILLIAMS, ) | |

This matter is before the Court on the defendant's motion to replace defense counsel and on defense counsel's motion to withdraw from representation of the defendant.

Upon good cause shown, it is hereby ORDERED that counsel be permitted to withdraw from this matter and new counsel will be appointed.

This the **31** day of **January**, 2017.

_____
Terrence W. Boyle
United States District Judge