UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NOS. 5:16-CR-203-1BO
5:16-CR-203-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | |
| DIJON DEVAR WILLIAMS ) | |
| a/k/a "Dejon Davar Williams" ) | |
| TYLER JONES ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 84 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendants attorney.

This the 2d day of Sept, 2017.

_____
TERRENCE W. BOYLE
United States District Judge